UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LILLIAN NASH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREEN TREE SERVICING, LLC, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:12-cv-278 (LO/TRJ) |

## DECLARATION OF COMMONWEALTH TRUSTEES, LLC

STATE OF Virginia    )
                     )  ss:
COUNTY OF Fairfax    )

BE IT REMEMBERED that on this 18th day of January, 2013, before me the undersigned subscriber, a Notary Public in and for the jurisdiction aforesaid, personally appeared Michael Amos, Assistant Vice President of Commonwealth Trustees, LLC, who made oath in due form of law as follows:

1. I solemnly declare and affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing papers are true and correct to the best of my knowledge, information and belief.

2. That the affiant is competent to testify to the matters stated herein and said affiant is duly authorized to make this Declaration for and on behalf of the aforesaid Defendant.

3.  The only communication Commonwealth sent directly to the Plaintiff was the November 9, 2011 notice of foreclosure sale required by Va. Code Ann. § 55-91.1.

4.  Commonwealth sent three (3) communications to counsel for the Plaintiff, letters dated June 1, 2011, June 8, 2011 and June 27, 2011. All letters were sent in response to communications from Plaintiff's counsel dated May 31, 2011 and June 27, 2011. None of the communications demanded payment, nor stated to whom any such debt should be paid and did not state the author was attempting to collect a debt.

5.  Commonwealth did not send any other communications to the Plaintiff and Commonwealth did not send any communications to the Plaintiff which demanded payment, stated to whom any such debt should be paid or stated the author was attempting to collect a debt.

6.  The June 1, 2011, June 8, 2011 and June 27, 2011 letters from Commonwealth were created and are kept in the ordinary course of business of Commonwealth Trustees, LLC.

Commonwealth Trustees, LLC

BY: _____

Michael Amos, Assistant Vice President

**SUBSCRIBED AND SWORN** to before me on the date first above written.

_____
NOTARY PUBLIC

My Commission Expires: 7/13/14